**No. 49714.**—Protest 69228–K of Vitro Mfg. Co. (Pittsburgh).

Opinion by LAWRENCE, J.    In view of the uncontradicted testimony of the only witness, together with the chemist's report, and the Government conceding that the claim was well taken, the court held that the tax was not applicable to the cobalt ore in question.

BEFORE THE THIRD DIVISION, SEPTEMBER 14, 1944

**No. 49715.**—Protests 44331–K, etc., of John J. Brunner Agency, Inc., et al. (New York).

Opinion by CLINE, J.    It was stipulated that the portions of cheese in question, except one portion which is Tilsit, are similar to those the subject of *Gruyere Cheese Corp.* v. *United States* (7 Cust. Ct. 171, C. D. 562) and *Kraft Phenix Cheese Corp.* v. *United States* (10 Cust. Ct. 271, C. D. 767).    In accordance therewith the protests were sustained as to certain of the merchandise, except Tilsit cheese.

BEFORE THE FIRST DIVISION, SEPTEMBER 22, 1944

**No. 49716.**—Protests 25415–K, etc., of Great Atlantic & Pacific Tea Co. et al. (Boston, etc.).

Opinion by COLE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, SEPTEMBER 22, 1944

**No. 49717.**—Protests 975635–G, etc., of Dolliff & McGrath et al. (Boston, etc.).

Opinion by CLINE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49718.**—Protest 96058–K of Thomas & Pierson, Inc. (New York).

Opinion by KEEFE, J.    It was stipulated that the merchandise in question consists of raw white gutta-percha similar to that the subject of *United States* v. *United States Rubber Co.*    (31 C. C. P. A. 174, C. A. D. 269).    The protest was sustained.